# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MUHAMMAD AZIZ, | : | No. 149 EM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| HONORABLE SHEILA WOODS-SKIPPER, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 21st day of January, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.